IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woods, Andre D

Printed: 4/15/08

Case Number: 07 B 20024
Judge: Wedoff, Eugene R
Filed: 10/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,520.00 |  |
| Secured: |  | 1,854.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 529.49 |
| Trustee Fee: |  | 136.07 |
| Other Funds: |  | 0.00 |
| Totals: | 2,520.00 | 2,520.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,249.00 | 529.49 |
| 2. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 23,000.00 | 1,854.44 |
| 7. | Countrywide Home Loans Inc. | Secured | 10,000.00 | 0.00 |
| 8. | HSBC Mortgage Corp | Secured | 3,004.68 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 96.71 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 1,327.19 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 76.65 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 41.93 | 0.00 |
| 13. | Nicor Gas | Unsecured | 64.96 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 186.89 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 17.33 | 0.00 |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | JJ Marshall & Assoc | Unsecured |  | No Claim Filed |
| 23. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 24. | MRSI | Unsecured |  | No Claim Filed |
| 25. | Mutual Hospital Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Woods, Andre D | Case Number: 07 B 20024 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/15/08 | Filed: 10/29/07 |

| | | | | |
|---|---|---|---|---|
| 26. | MRSI | Unsecured | | No Claim Filed |
| 27. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 28. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | | No Claim Filed |

$ 40,090.34     $ 2,383.93

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 136.07 |

$ 136.07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_